USAO# 2016 R00160

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. JFM-16-0150 |
| v. | * |
| | * (Sex Trafficking of a Minor, 18 U.S.C. |
| RICHARD DANE SMALL | * § 1591(a), (b)(1); Transportation of a |
| a/k/a "Maserati," | * Minor with Intent to Engage in |
| | * Criminal Sexual Activity, 18 U.S.C. |
| Defendant. | * § 2423(a); Aiding and Abetting, |
| | * 18 U.S.C. § 2) |
| | * |

******

# INDICTMENT

## COUNT ONE
(Sex Trafficking of a Minor)

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Indictment:

1. The defendant, Richard Dane Small a/k/a "Maserati" ("**SMALL**"), was a resident of Hagerstown, Maryland.

2. The victim referred to in this Indictment as "Girl 1" was a resident of Pennsylvania and was 15 years old.

3. The victim referred to in this Indictment as "Girl 2" was a resident of Pennsylvania and was 17 years old.

4. In or about June 2015, through June 23, 2015, **SMALL** traveled to Johnstown, Pennsylvania with Girl 1 to pick up Girl 2, and transported Girl 1 and Girl 2 to various hotels and other locations in the State of Maryland.

5. **SMALL** recruited and enticed Girl 1 and Girl 2 to engage in prostitution for him, and recklessly disregarded the fact that Girl 1 and Girl 2 were both under 18 years of age.

6. **SMALL** rented, and caused others to rent, various hotel rooms in Maryland for purposes of Girl 1 and Girl 2 engaging in commercial sex.

7. **SMALL** persuaded, induced, enticed and directed Girl 1 to make herself available to engage in commercial sex in multiple locations in Maryland by posting advertisements on a classified advertisement website.

8. **SMALL** used, and caused others to use, prepaid debit cards to pay for these online advertisements for commercial sex.

9. **SMALL** persuaded, induced, enticed and directed Girl 1 to answer telephone calls placed in response to these advertisements and to arrange appointments, or "dates," with commercial sex clients.

10. Girl 1 received money in exchange for engaging in sex acts, and **SMALL** obtained proceeds from Girl 1's commercial sex acts.

## The Charge

11. In or about June 2015, through June 23, 2015, in the District of Maryland, the defendant,

**RICHARD DANE SMALL**
a/k/a "Maserati,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, Girl 1, and benefited, financially and by receiving anything of value, from participation in a venture which engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining such person, knowing and in reckless disregard of the fact, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

18 U.S.C. § 1591(a), (b)(1)
18 U.S.C. § 2

## COUNT TWO
### (Transportation of a Minor with Intent to Engage in Criminal Sexual Activity)

1. The allegations of Paragraphs 1 through 10 of Count One are incorporated here.

2. On a date in or about June 2015, and no later than June 22, 2015, in the District of Maryland, the defendant,

**RICHARD DANE SMALL**
a/k/a "Maserati,"

did knowingly transport an individual, that is, Girl 2, who had not attained the age of 18 years, in interstate and foreign commerce, and in any commonwealth, territory and possession of the United States, with intent that said individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. § 2423(a)
18 U.S.C. § 2

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**       4/12/16
                              Date